BEFORE THE SECOND DIVISION, DECEMBER 4, 1961

No. 66247.—Dessy Atco, Inc. *v.* United States, protests 58/3224(D), etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon gloves similar in use to silk gloves and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47 C.A.D. 727), the claim of the plaintiff was sustained.